**Jane HODGSON, et al., Appellees,**

v.

**The STATE OF MINNESOTA, et al., Appellants.**

Nos. 86–5423, 86–5431.

United States Court of Appeals, Eighth Circuit.

Dec. 31, 1987.

ON PETITION FOR REHEARING EN BANC

The panel's order of November 13, 1987, 835 F.2d 1545, vacating the judgment and opinion in the above-entitled case is hereby rescinded. The panel reinstates the opinion and judgment of the court.

The petition for rehearing by the court en banc is granted; the panel opinion and judgment entered thereon are vacated. The case shall be argued to the court of appeals en banc and submitted on original briefs and record on February 12 at 9:00 a.m. in St. Paul, Minnesota, in the court of appeals Courtroom No. 1, 584 Federal Courts Building, 316 North Robert Street. Each side will be given 30 minutes for oral argument. Additional citations may be submitted to the court under Fed.R.App.P. 28(j).

**NEC CORPORATION, a Japanese corporation, et al., Petitioners,**

v.

**UNITED STATES DISTRICT COURT FOR the NORTHERN DISTRICT OF CALIFORNIA, Respondent,**

and

**Intel Corporation, a California corporation, Real Party in Interest.**

No. 87–7126.

United States Court of Appeals, Ninth Circuit.

Jan. 20, 1988.

Before HUG, POOLE and HALL, Circuit Judges.

**ORDER**

On December 16, 1987, Judge Ingram entered an order recusing himself and vacating his prior orders and rulings. The appeal is dismissed and the order of the district court from which the appeal was taken *NEC Corp. v. Intel Corp.,* 654 F.Supp. 1256 (N.D.Cal.1987) is vacated on the basis of mootness.

---

* The HONORABLE MAX ROSENN, Senior Circuit Judge, United States Court of Appeals for the Third Circuit, sitting by designation.